# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# NORTHERN DIVISION
# AT COVINGTON

CRIMINAL ACTION NO. 13-21-DLB-CJS-4

UNITED STATES OF AMERICA                                            PLAINTIFF

vs.                           **ORDER ADOPTING**
                       **REPORT AND RECOMMENDATION**

LORI GALICIA                                                        DEFENDANT

* * * * * * * * * * * * * * * * * *

This matter is before the Court upon the April 25, 2018 Report and Recommendation ("R&R") of Magistrate Judge Candace J. Smith, wherein she recommends that the Court revoke Defendant Lori Galicia's supervised release and that she be sentenced to a twelve (12) month term of incarceration with a twelve (12) month term of supervised release to follow. (Doc. # 177).

Defendant appeared on her supervised release violation charges before Magistrate Judge Smith for a Final Revocation Hearing on Feburary 23, 2018. (Doc. # 165). At that time, the Defendant was placed under oath and admitted to Violations 1 and 2 set out in the November 3, 2017 Supervised Release Violation Report, Violations 3 and 4 set forth in the Feburary 6, 2018 Addendum to the Supervised Release Violation Report, and Violation 5 set out in the Feburary 22, 2018 Third Addendum to the Supervised Release Violation Report. (Docs. # 157, 159, 166).

In the R&R, Magistrate Judge Smith recommends that Defendant's supervised release be revoked; that Defendant be sentenced to a term of imprisonment of twelve (12) months, credit to be given for time served since her detention on the violation

1

charges, with a twelve (12) month term of supervised release to follow; and that Defendant be designated to the nearest federal medical facility for women to serve her sentence so that she may receive appropriate medical care and treatment for her mental health and drug addiction issues. (Doc. # 177).

The Defendant having waived her right to allocution (Doc. # 167) and the parties having waived the time to file objections (Doc. # 165), the R&R is now ripe for the Court's consideration. Having reviewed the R&R, and the Court concluding that the R&R is sound in all respects, and the Court being otherwise sufficiently advised,

**IT IS ORDERED** as follows:

(1) The Report and Recommendation ("R&R") (Doc. # 177) is **adopted** as the findings of fact and conclusions of law of the Court;

(2) Defendant Lori Galicia is found to have **violated** the terms of her supervised release as set out in the November 3, 2017 Supervised Release Violation Report (Doc. # 157), the Feburary 6, 2018 Addendum to the Supervised Release Violation Report (Doc. # 159), and the Feburary 22, 2018 Third Addendum to the Supervised Release Violation Report (Doc. # 166);

(3) The Defendant's supervised release is hereby **revoked**;

(4) The Defendant is **sentenced** to the custody of the Attorney General for a term of **twelve (12) months, credit to be given for time served since her detention on the violation charges, with a twelve (12) month term of supervised release to follow**;

(5) The Defendant's confinement shall be served, if feasible, at the nearest federal medical facility for women so that she may receive appropriate medical care and

treatment for her mental health and drug addiction issues; and

(6) A Judgment shall be entered concurrently herewith.

This 27th day of April, 2018.



Signed By:
David L. Bunning
United States District Judge

K:\DATA\ORDERS\Covington Criminal\2013\13-21 Order Adopting R&R SVR.docx